IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 19 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:19CR164CWR

HUMBERTO SALVADOR-LOPEZ  8 U.S.C. § 1326(a)

**The Grand Jury charges:**

On or about August 7, 2019, in Leake County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **HUMBERTO SALVADOR-LOPEZ**, an alien to the United States, who previously had been arrested and removed from the United States, was found in the United States without having received the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to apply for readmission, or to reenter, into the United States, all in violation of Title 8, United States Code, Section 1326(a).

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the _19th_ day of August, 2019.

UNITED STATES MAGISTRATE JUDGE