CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __Carthage__

COUNTY: __Leake__

RELATED CASE INFORMATION: __3:19CR164 CWR__
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER __3:19-MJ-249-LRA__
R 20/ R 40 FROM DISTRICT OF _____

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 19 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

**DEFENDANT INFORMATION:**

JUVENILE: ___YES __X__ NO

MATTER TO BE SEALED: _____YES __X__ NO

NAME/ALIAS: __Humberto Salvador-Lopez__

**U.S. ATTORNEY INFORMATION:**

AUSA: __Joshua P. Fortenberry__    BAR # __102140__

INTERPRETER: _____No __X__ Yes   LIST LANGUAGE AND/OR DIALECT: __Spanish__

**LOCATION STATUS:**   ARREST DATE _____

_____ALREADY IN FEDERAL CUSTODY AS OF _____

_____ALREADY IN STATE CUSTODY _____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS:**

TOTAL # OF COUNTS: __1__    _____PETTY  _____MISDEMEANOR  __1__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  8:1326A.F | 8 USC §1326(a)(1) & (2) | Illegal Re-entry of a Deported Alien | 1 |

Date: __8/19/19__    SIGNATURE OF AUSA: _[signature]_

Revised 2/26/2010