PRAECIPE FOR WARRANT

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:19cr164CWR

HUMBERTO SALVADOR-LOPEZ
(Wherever Found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 19th day of August, 2019.

This the 19th day of August, 2019.

                D. MICHAEL HURST, JR.
                United States Attorney

    By: _____
            Joshua P. Fortenberry
            Special Assistant U. S. Attorney
            MS Bar No. 102140

Warrant issued:_____

(JPF/HSI)