IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:19-cr-164-CWR-LRA

HUMBERTO SALVADOR-LOPEZ

## ORDER APPOINTING COUNSEL

The Defendant has satisfied the Court after appropriate inquiry that he (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel.

IT IS ORDERED that the Federal Public Defender is appointed to represent the Defendant for all further proceedings and shall remain in effect until terminated or a substitute attorney is appointed or retained.

ORDERED, this the 26th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE