AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 27 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

United States of America
v.
HUMBERTO SALVADOR-LOPEZ
(Wherever found)

Defendant

Case No. 3:19-cr-164-CWR

RECV USMS 043 20AUG'19

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   HUMBERTO SALVADOR-LOPEZ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
   Illegal Re-entry of a Deported Alien.

Date:   08/20/2019

ARTHUR JOHNSTON, CLERK

*K. Schutz*
*Issuing officer's signature*

City and state:   Jackson, Mississippi

K. Schutz, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 08/20/2019, and the person was arrested on *(date)* 08/26/2019
at *(city and state)* Jackson, MS.

Date: 08/26/2019

*Vence Carmack*
*Arresting officer's signature*

Vence Carmack - SA - HSI
*Printed name and title*