IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:19CR164CWR-LRA

HUMBERTO SALVADOR-LOPEZ

## ENTRY OF APPEARANCE

COMES NOW, Omodare B. Jupiter, Federal Public Defender, and enters his appearance as counsel for Humberto Salvador-Lopez.

This the 27th day of August, 2019.

Respectfully submitted,

*s/ Omodare B. Jupiter*
Federal Public Defender
N. and S. Districts of Mississippi
200 South Lamar St., Suite 200-N
Jackson, MS 39201
Telephone: 601-948-4284
Facsimile: 601-948-5510
*Omodare_Jupiter@fd.org*
MS # 102054

## CERTIFICATE OF SERVICE

I, Omodare B. Jupiter, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to all attorneys of record.

This the 27th day of August, 2019.

*s/ Omodare B. Jupiter*
Federal Public Defender