IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN (JACKSON) DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.  3:19cr164-CWR-LRA-1

HUMBERTO SALVADOR-LOPEZ

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest.  The Office of the Federal Public Defender contacted  **M. Bradley Mills August 26, 2019,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **M. Bradley Mills** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **M. Bradley Mills**s hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 27TH day of August, 2019.

s/Linda R. Anderson_____
UNITED STATES MAGISTRATE JUDGE