IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                             CRIMINAL NO.: **3:19-cr-164-CWR**

HUMBERTO SALVADOR-LOPEZ                                                         DEFENDANT

## WAIVER OF SPEEDY TRIAL

I, **Humberto Salvador-Lopez**, hereby states that my attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. and I have been further advised that my case is currently set for trial on October 21, 2019. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reason for the continuance. A motion to continue the trial date has been filed in my case. I ask this Court to grant the motion and reset the trial from it current date pursuant to 18 U.S.C. § 3161. I hereby waive any rights I may have under the Speedy Trial Act.

_____
Humberto Salvador-Lopez
DEFENDANT
Date: 9/24/2019

I have read this form and discussed its contents with my client.

_____
M. Bradley Mills
COUNSEL FOR DEFENDANT
Date: 9/24/2019

César E. Vázquez
Translator  9/24/2019