

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.   CRIMINAL NO.: **3:19-cr-164-CWR**

HUMBERTO SALVADOR-LOPEZ   DEFENDANT

### AGREED ORDER OF CONTINUANCE

This cause is before the Court on the unopposed motion of the Defendant to continue the trial of this case on grounds that the failure to grant such a continuance in this proceeding would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(i) and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

Furthermore, the Defendant through his counsel has expressly acknowledged approval of the delay of trial and agrees to this continuance.

THEREFORE, the Court is of the opinion and so finds that the motion for a continuance of this matter should be granted for the reasons set forth herein, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and the failure to grant the continuance would result in a miscarriage of justice.

IT IS FURTHER ORDERED that this matter be continued to November 4, 2019, at 9:00 o'clock a.m. in Jackson, Mississippi, and that the period of delay shall be excluded in computing the time within which the trial of this matter commences in accordance with the Speedy Trial

Act, 18 U.S.C. §3161.  All trial subpoenas previously issued in this cause are hereby carried forward and returnable to the date and time set forth above.

SO ORDERED, this the 27th day of September, 2019.

*s/ Carlton W. Reeves*<br>
UNITED STATES DISTRICT JUDGE

AGREED:


/s/ *Joshua Paul Fortenberry*
JOSHUA P. FORTENBERRY
Assistant U.S. Attorney


/s/ Brad Mills
M. BRADLEY MILLS
Mills Law Firm, P.L.L.C.
Counsel for the Defendant