IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:19-cr-00164-CWR-LRA

HUMBERTO SALVADOR-LOPEZ

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes D. Michael Hurst, Jr., United States Attorney in and for the Southern District of Mississippi, and respectfully represents:

THAT, **Humberto Salvador-Lopez, A-Number 076544345,** presently in custody of the **LaSalle Detention Facility, 830 Pine Hill Road, Jena, Louisiana 71342**, is a defendant in this cause and his presence is required in the Southern District of Mississippi at Jackson, Mississippi, on **November 4, 2019, at 8:00 a.m.** for certain proceedings in regard to the above-mentioned criminal action wherein he is a defendant.

WHEREFORE, premises considered, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue directing the **LaSalle Detention Facility, 830 Pine Hill Road, Jena, Louisiana 71342,** to deliver the body of **Humberto Salvador-Lopez, A-Number 076544345,** to any United States Marshal, or his deputy, and have him there in this cause beginning on **November 4, 2019, at 8:00 a.m.**, for certain proceedings and thereafter at such times and places as required, it being ordered specifically herein that this Petition shall remain in full force and effect for delivery of the defendant **Humberto Salvador-Lopez, A-Number 076544345,** to this Court at proceedings conducted in this cause until the case is disposed of, and thereafter any United States Marshal, or his deputy, shall return the defendant, **Humberto Salvador-Lopez, A-Number**

**076544345**, to the **LaSalle Detention Facility, 830 Pine Hill Road, Jena, Louisiana 71342,** aforesaid under safe and secure conduct.

And your petitioner further prays for such other and further orders as may be necessary in the premises.

Dated the 17th, day of October, 2019.

                              Respectfully submitted,

                              D. MICHAEL HURST, JR.
                              United States Attorney

        By:
                              */s/Joshua P. Fortenberry*
                              Joshua P. Fortenberry
                              Assistant U.S. Attorney