IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:19-cr-00164-CWR-LRA

HUMBERTO SALVADOR-LOPEZ

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

This cause coming on for hearing on application of the United States Attorney for a writ of habeas corpus ad prosequendum, and it appearing to the Court that the defendant **Humberto Salvador-Lopez, A-Number 076544345,** is in the custody of the **LaSalle Detention Facility, 830 Pine Hill Road, Jena, Louisiana 71342**, and it further appearing to the Court that an orderly administration of justice requires the production of the defendant, for certain proceedings in regard to the above-mentioned criminal action wherein he is a defendant.

IT IS, THEREFORE, ORDERED that the writ of habeas corpus ad prosequendum be granted and that the Clerk of the United States District Court for the Southern District of Mississippi be and is hereby ordered and directed to issue a writ of habeas corpus ad prosequendum to be served on the **LaSalle Detention Facility, 830 Pine Hill Road, Jena, Louisiana 71342,** aforesaid for delivery of the defendant, **Humberto Salvador-Lopez, A-Number 076544345,** to any United States Marshal, or his deputy, to have the defendant **Humberto Salvador-Lopez, A-Number 076544345,** before the United States District Court for the Southern District of Mississippi at Jackson, Mississippi, as soon as possible for certain proceedings in this cause beginning on **November 4, 2019, at 8:00 a.m.,** and all other times required, it being ordered specifically herein that this Order shall remain in full force and effect for delivery of the defendant,

**Humberto Salvador-Lopez, A-Number 076544345,** to this Court at proceedings conducted in this cause, and that the defendant, **Humberto Salvador-Lopez, A-Number 076544345,** remain until disposition of proceedings, as may be required by the Court, after which any United States Marshal, or his deputy, shall return the defendant, **Humberto Salvador-Lopez, A-Number 076544345,** to the **LaSalle Detention Facility, 830 Pine Hill Road, Jena, Louisiana 71342**.

ORDERED this the __17th__ day of October, 2019.

UNITED STATES MAGISTRATE JUDGE