IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL NO.: **3:19-cr-164-CWR**

**HUMBERTO SALVADOR-LOPEZ**  DEFENDANT

## WAIVER OF SPEEDY TRIAL

I, **Humberto Salvador-Lopez**, hereby states that my attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. and I have been further advised that my case is currently set for trial on November 4, 2019. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reason for the continuance. A motion to continue the trial date has been filed in my case. I ask this Court to grant the motion and reset the trial from it current date pursuant to 18 U.S.C. § 3161. I hereby waive any rights I may have under the Speedy Trial Act.

_Edgar Lopez_
**Humberto Salvador-Lopez**
DEFENDANT
Date: 10/24/19

I have read this form and discussed its contents with my client.

_[signature]_
M. Bradley Mills
COUNSEL FOR DEFENDANT
Date: 10/24/19